**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-cr-341-JSM-AAS | **DATE:** | October 30, 2026 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>TOLA LA TRELL MANN, JR. | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Mark Andreu | |
| | | **DEFENSE COUNSEL**<br>Summer Goldman | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** 2:20 PM – 2:35 PM | **TOTAL:** 15 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant was provided a copy of the Indictment. Waived formal reading of the indictment.

The court summarizes the charges and advises the defendant of Rule 5 rights.

Oral Order of Due Process.

Oral motion for counsel. Motion granted, and the court appointed counsel.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: December 2026, beginning November 30, 2026.
STATUS Conference: Due on the 10th of each month (November 10, 2026)

Oral motion for discovery. Oral motion for reciprocal discovery. Both motions granted.

Referred to Magistrate Judge Sansone for pretrial discovery order. Pretrial discovery order to be electronically filed.

**Detention:**

Government: Has no objection to the release from custody.

Defendant: Seeks release from custody.

Court: Ordered Defendant released from custody subject to the conditions set forth in the Order Setting Conditions of Release.

Court adjourned.