AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS 2026 OCT 2? ?M1:52

United States of America
v.
Tola La Trell Mann, Jr.

*Defendant*

Case No. 8:26-cr-341-JSM-AAS

OCT 30 2026 PM1:22 FILED - USDC - FLMD - TPA

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Tola La Trell Mann, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False Statement to a Firearm Dealer, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Date: 10/21/26

Lisa Silvia
*Issuing officer's signature* LISA SILVIA

City and state: Tampa, FL

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/21/26 , and the person was arrested on *(date)* 10/30/26
at *(city and state)* Tampa, FL .

Date: 10/30/26

[signature]
*Arresting officer's signature*

Tito A. Nikias
*Printed name and title*