**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**vs** **Case No.: 8:26-cr-341-JSM-AAS**

**TOLA LA TRELL MANN, JR.,**
**________________________________/**

## MOTION TO CONTINUE TRIAL

The Defendant, TOLA LA TRELL MANN, JR., through undersigned counsel, moves this Honorable Court, pursuant to Local Rule 3.08 and 18 U.S.C. § 3161(h)(7), to enter an Order continuing the trial in this matter and in support thereof would show:

1. Mr. Mann was arrested and arraigned on October 30, 2026, and undersigned counsel was appointed under the Criminal Justice Act that same day. (Doc. 24)

2. Trial is currently scheduled for the December trial term beginning November 30, 2026. (Doc. 28)

3. On November 2, 2026, the Government provided its initial discovery production, which is voluminous and includes video recordings, cellular phone extractions, and DNA evidence.

4. Undersigned counsel requires additional time to review the discovery with Mr. Mann, conduct an independent investigation, assess potential pretrial motions, and advise Mr. Mann regarding his options. This work cannot reasonably be completed before the current trial date.

5. Accordingly, undersigned counsel respectfully requests that the Court continue Mr. Mann's trial two trial terms, to the February 2027 trial term.

6. Mr. Mann has executed a written waiver of his rights under the Speedy Trial Act through February 28, 2027.

7. Pursuant to Local Rule 3.08(b), undersigned counsel certifies that Mr. Mann has been advised of and consents to this request for a continuance.

8. Counsel has conferred with Assistant United States Attorney Mark E. Andreu, who has no opposition to the relief requested in this motion.

9. This Motion is made in good faith and not for purposes of delay.

10. Based on the foregoing, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Mann in a speedy trial.

## MEMORANDUM OF LAW

Local Rule 3.08 provides that the granting of a motion to continue is

within the sound discretion of the Court upon a showing of good cause. Under 18 U.S.C. § 3161(h)(7)(A), the resulting delay is excludable where the Court finds that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial. Among the factors the Court must consider is whether the failure to grant a continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). Undersigned counsel was appointed less than two weeks ago, received the initial discovery production on November 2, 2026, and cannot effectively prepare for trial by November 30, 2026. Good cause has been shown to support granting this Motion to Continue.

WHEREFORE, Mr. Mann moves this Honorable Court to enter an Order continuing the trial currently scheduled for the trial term beginning November 30, 2026, to the February 2027 trial term, and finding that the resulting period of delay is excludable under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

*/s/ Summer Rae Goldman*
Summer Rae Goldman
FBN: 0494615
Goldman Wetzel, PLLC
200 Central Avenue, Suite 400
St. Petersburg, FL 33701
Telephone: (727) 828-3900

Fax: (727)828-3901
summer@goldmanwetzel.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November 2026, a true and correct copy of the foregoing was furnished using the CM/ECF system with the Clerk of Court, which will send notice of the electronic filing to all interested parties.

*/s/ Summer Rae Goldman*

Summer Rae Goldman