**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**vs** **Case No.: 8:26-cr-00341-JSM-AAS**

**TOLA LA TRELL MANN, JR.,**
**___________________________________/**

## WAIVER OF SPEEDY TRIAL

**COMES NOW, TOLA LA TRELL MANN, JR.,** the Defendant, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. 3161, and the United States Constitution through February 28, 2027.

EXECUTED this 9th day of November, 2026.

Tola LaTrell Mann Jr.
___________________________________
Tola La Trell Mann, Jr.
Defendant

Respectfully Submitted,

*/s/ Summer Rae Goldman*
Summer Rae Goldman
FBN: 0494615
Goldman Wetzel, PLLC
200 Central Avenue, Suite 400
St. Petersburg, FL 33701

Doc ID: db179054ddaad6db276d5844544d6d4297ace60d

Telephone: (727) 828-3900
Fax: (727)828-3901
summer@goldmanwetzel.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of November 2026, a true and correct copy of the foregoing was furnished using the CM/ECF Electronic Filing system with the Clerk of Court, which will send notice of the electronic filing to all interested parties.

*/s/ Summer Rae Goldman*
Summer Rae Goldman